UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYSON M., | ) |
| | ) |
|    Plaintiff(s), | ) |
| | ) |
| vs. | )    Case No. 2:24-CV-37 SRW |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
|    Defendant(s). | ) |

**JUDGMENT**

In accordance with the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is **AFFIRMED**, and Tyson M.'s Complaint is **DISMISSED with prejudice.**

So Ordered this 7th day of March, 2025.

*[signature: Steve W.]*

STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE